**E-Filed 6/8/05**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| U2 HOME ENTERTAINMENT, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GATECHINA.COM, et al.,<br><br>    Defendants. | Case Nos.  C-02-3792-JF (PVT)<br>           C-05-0260-RMW (RS)<br><br>ORDER (1) RELATING CASES;<br>(2) GRANTING PLAINTIFF'S<br>MOTION FOR CONTEMPT<br>SANCTIONS; AND (3) REQUESTING<br>BRIEFING AS TO PLAINTIFF'S<br>ATTORNEYS' FEES AND COSTS |

On June 3, 2005, the Court heard Plaintiff's motions seeking (1) relation of the instant case (C-02-3792-JF (PVT)) with a later-filed case (C-05-260-RMW (RS)) and (2) contempt sanctions.

Absent objection from any party and for good cause shown, the motion to relate the two cases is GRANTED.  Accordingly, case number C-05-260-RMW (RS) shall be reassigned to the undersigned for all further proceedings.  The referral to Magistrate Judge Seeborg shall be withdrawn and the case shall be referred to Magistrate Judge Trumbull, who is the referral judge in the earlier-filed case.  Hereinafter the case shall be designated as C-05-260-JF (PVT).

1        Plaintiff has withdrawn the motion for contempt sanctions as to Unitopia Corporation dba

2  Delawareunitopia Corporation.  Defendants Lei Lei and his business, Unitopia Xian Corporation,

3  failed to file opposition or appear at the hearing.  Absent opposition and for good cause shown,

4  Plaintiff's motion for contempt sanctions is GRANTED in the amount of $5,400,000.  Plaintiff

5  additionally requests an award of reasonable attorneys' fees and costs, and requests leave to file a

6  brief detailing these amounts in the event the Court is inclined to make such an award.  Plaintiff

7  shall file a brief, supporting affidavit and proposed order on or before June 16, 2005.  The Court

8  thereafter will take the request for fees and costs under submission without oral argument.

9        IT IS SO ORDERED.

10

11  DATED:  June 8, 2005

12                                    /s/ electronic signature authorized

13                                    _____
                                  JEREMY FOGEL

14                                    United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case Nos. C-02-3792-JF (PVT) / C-05-0260-RMW (RS)
ORDER RELATING CASES ETC.
(JFLC2)

Copies of Order served on:

In Case No. C-02-3792-JF (PVT):

Patricia De Fonte Patricia.DeFonte@ibslaw.com,
joohn.choe@ibslaw.com;richard.idell@ibslaw.com

Richard J. Idell richard.idell@ibslaw.com,
patricia.defonte@ibslaw.com;jesse.summers@ibslaw.com

Jennifer A. Marone jennymarone@yahoo.com

Tiffany W. Tai tai@brblaw.com

In Case No. C-05-0260-RMW (RS):

Patricia De Fonte Patricia.DeFonte@ibslaw.com,
joohn.choe@ibslaw.com;richard.idell@ibslaw.com

Richard J. Idell richard.idell@ibslaw.com,
patricia.defonte@ibslaw.com;jesse.summers@ibslaw.com

Case Nos. C-02-3792-JF (PVT) / C-05-0260-RMW (RS)
ORDER RELATING CASES ETC.
(JFLC2)