UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Motion to Relate Cases having been filed and the following cases having been related at the hearing held on June 3, 2005 within the meaning of Civil L.R. 3-12(b):

**C02-03792 JF U2 Home Entertainment, Inc., et al v. Gatechina.com, Inc., et al**
**C05-00260 RS U2 Home Entertainment, Inc., et al v. Gatechina.com, Inc., et al**

## ORDER

As the Judge assigned to the earliest filed case, I find that the cases:

[ ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(b).

[X] **ARE RELATED** as defined by Civil L.R. 3-12(b). Pursuant to Civil L.R. 3-12(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials **JF** immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

**DATED: 6/8/05**                                  (s/electronic signature authorized) Hon. Jeremy Fogel
                                                                    **UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record in the cases listed above.

                                                                    **Richard W. Wieking, Clerk**

**DATED:**                                                          **By:** _____
                                                                                Deputy Clerk

Copies to:  Courtroom Deputies
            Case Systems Administrators
            Counsel of Record
Entered into Assignment Program: _____
                                  (date)

mrg\civil\relcsord.mrg (9/97)