**E-Filed 7/13/05**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U2 HOME ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GATECHINA.COM, et al., <br><br> Defendants. | Case Nos.  C-02-3792-JF (PVT) <br> C-05-0260-JF (PVT) <br><br> ORDER GRANTING PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES AND COSTS AGAINST DEFENDANTS LEI LEI AND UNITOPIA XIAN CORPORATION |

On June 8, 2005, the Court issued an order that, *inter alia*, granted Plaintiff's motion for contempt sanctions against Defendants Lei Lei and Unitopia Xian Corporation and requested further briefing as to Plaintiff's request for attorneys' fees and costs.  Plaintiff has provided the requested briefing.  As an additional sanction against Defendants Lei Lei and Unitopia Xian Corporation, the Court HEREBY ORDERS that these defendants pay Plaintiff reasonable

1  attorneys' fees and costs in the amount of $27,124.20.

5  DATED: July 13, 2005

/s/ electronic signature authorized
_____
JEREMY FOGEL
United States District Judge

1  Copies of Order served on:

2  In Case No. C-02-3792-JF (PVT):

3  Patricia De Fonte Patricia.DeFonte@ibslaw.com,
4  joohn.choe@ibslaw.com;richard.idell@ibslaw.com

5  Richard J. Idell richard.idell@ibslaw.com,
6  patricia.defonte@ibslaw.com;jesse.summers@ibslaw.com

7  Jennifer A. Marone jennymarone@yahoo.com

8  Tiffany W. Tai tai@brblaw.com

9  In Case No. C-05-0260-RMW (RS):

10
11  Patricia De Fonte Patricia.DeFonte@ibslaw.com,
    joohn.choe@ibslaw.com;richard.idell@ibslaw.com

12
13  Richard J. Idell richard.idell@ibslaw.com,
    patricia.defonte@ibslaw.com;jesse.summers@ibslaw.com

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Case Nos. C-02-3792-JF (PVT) / C-05-0260-RMW (RS)
ORDER GRANTING PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES AND COSTS
(JFLC2)