**E-Filed 3/10/06**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| U2 HOME ENTERTAINMENT, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> GATECHINA.COM, INC., et al., <br><br> Defendants. | Case Number C 05-260 JF (PVT) <br> Related Case  C 02-3792 JF (PVT) <br><br> ORDER TO SHOW CAUSE RE CONTEMPT <br><br> [Doc. No. 94] |

The Court has received Plaintiff's renewed and amended application for issuance of an order to show cause re contempt, the opposition thereto, and the reply.  Because it appears that there is a genuine issue as to whether contempt sanctions are warranted, the Court will set the matter for hearing and issue a briefing schedule.

Accordingly, IT IS HEREBY ORDERED that the parties appear for a hearing re contempt sanctions at 9:00 a.m. on April 28, 2006.  Any additional opposition to the application for contempt sanctions shall be filed and served on or before March 31, 2006.  Any additional reply shall be filed and served on or before April 21, 2006.

Case No. C 05-260 JF (PVT)
ORDER TO SHOW CAUSE
(JFLC2)

1    IT IS SO ORDERED.

5    DATED: 3/10/06

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 05-260 JF (PVT)
ORDER TO SHOW CAUSE
(JFLC2)

1  This Order was served on the following persons:

3  Alfredo A. Bismonte     abismonte@mount.com, bshih@mount.com; mmcmanus@mount.com

4  Patricia De Fonte     Patricia.DeFonte@ibslaw.com, liz.torres@ibslaw.com; richard.idell@ibslaw.com

6  Richard J. Idell     richard.idell@ibslaw.com, patricia.defonte@ibslaw.com; june.hight@ibslaw.com; liz.torres@ibslaw.com; ory.sandel@ibslaw.com

7  Bobby T. Shih     bshih@mount.com, mmcmanus@mount.com

8  Tiffany W. Tai     tai@brtlawyers.com

3

Case No. C 05-260 JF (PVT)
ORDER TO SHOW CAUSE
(JFLC2)