\*\*E-filed 6/20/06\*\*

1  Tiffany W. Tai, S.B. #193271
   **BENSINGER RITT & TAI**
2  A Limited Liability Partnership
   65 North Raymond Avenue, Suite 320
3  Pasadena, California  91103
   Tel (626) 685-2550
4  Fax (626) 685-2562
   Email: tai@brtlawyers.com
5
   Attorney for Defendants
6  WAYNE LIN and GATECHINA, INC.

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 | U2 HOME ENTERTAINMENT,            ) Case No. C 02-3792-JF (PVT)
   | INC., a California corporation doing ) [Related to Case No. C 05-260-JF
12 | business as CENTURY HOME          ) (PVT)]
   | ENTERTAINMENT and TAI SENG        )
13 | VIDEO MARKETING,                  ) **STIPULATION AND [PROPOSED]**
   |                                   ) **ORDER RE: DISMISSAL OF**
14 |         Plaintiff,                ) **APPEAL**
   |                                   )
15 |     v.                            )
   |                                   )
16 | GATECHINA.COM, INC., a            )
   | California corporation and doing  )
17 | business as TIGERCOOL.COM,        )
   | WAYNE LIN, also known as WEN      )
18 | LIN, individually and doing business )
   | as GATECHINA.COM, INC., and       )
19 | DOES 1 to 1000, inclusive,        )
   |                                   )
20 |         Defendants.               )
   |                                   )
21

22

23     Plaintiff U2 Home Entertainment, Inc. (hereinafter "U2") and defendants

24 Wayne Lin and Gatechina, Inc. (hereinafter "Gatechina"), by and through the

25 undersigned counsel, hereby stipulate as follows:

26

27     **WHEREAS,** on or about June 6, 2006, Lin and Gatechina timely filed a notice

28 of appeal from the district court's May 8, 2006 order granting in part U2's motion for

1

civil contempt sanctions to the United States Court of Appeals for the Federal Circuit (hereinafter "Defendants' Appeal");

**WHEREAS,** as of the filing of this Stipulation, Defendants' Appeal has not yet been docketed by the circuit clerk;

**WHEREAS,** pursuant to Rule 42 of the Federal Rules of Appellate Practice, Lin and Gatechina wish to withdraw their appeal;

**NOW THEREFORE, IT IS HEREBY AGREED, STIPULATED AND REQUESTED** by U2 on the one hand, and Lin and Gatechina on the other hand, that:

1. Defendants' Appeal to the United States Court of Appeals for the Federal Circuit be dismissed with prejudice; and

2. The parties shall bear their own costs on appeal.

//
//
//

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF APPEAL
CASE NO. C 02-3792 JF (PVT)

IT IS SO STIPULATED.

DATED: June 19, 2006                    Respectfully submitted,

                                                               BENSINGER RITT & TAI
                                                               A Limited Liability Partnership

                                                               TIFFANY W. TAI
                                                               Attorney for Defendants
                                                               WAYNE LIN and GATECHINA, INC.

DATED: June 19, 2006                    Respectfully submitted,

                                                                IDELL & SEITEL

                                                               RICHARD IDELL
                                                               PATRICIA DE FONTE
                                                               Attorney for Plaintiff
                                                               U2 HOME ENTERTAINMENT, INC.

## [PROPOSED] ORDER

**IT IS SO ORDERED.**

DATE:  6/20/06

                                                                Hon. Jeremy Fogel
                                                                United States District Court Judge

IT IS SO STIPULATED.

DATED: June 19, 2006

Respectfully submitted,

BENSINGER RITT & TAI
A Limited Liability Partnership

TIFFANY W. TAI
Attorney for Defendants
WAYNE LIN and GATECHINA, INC.

DATED: June 19, 2006

Respectfully submitted,

IDELL & SEITEL

RICHARD IDELL
PATRICIA DE FONTE
Attorney for Plaintiff
U2 HOME ENTERTAINMENT, INC.

## [PROPOSED] ORDER

IT IS SO ORDERED.

DATE: _____    _____
Hon. Jeremy Fogel
United States District Court Judge

4

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF APPEAL